UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

**MAURICE TODD,**                       :
                                        :
      **Plaintiff**              :     CIVIL NO. 1:13-CV-00579
                                        :
  vs.                                   :
                                        :
**RONNIE R. HOLT,**                     :     (Judge Kane)
**et al.,**                             :
                                        :
      **Defendants**            :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's complaint is **DISMISSED** for failure to prosecute and abide by a court order.

2. The Clerk of Court shall **CLOSE** this case.

3. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

                                    S/ Yvette Kane
                                    Yvette Kane
                                    United States District Judge

Dated: February 25, 2016